

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00327-CV

| | | |
|---|---|---|
| IN THE ESTATE OF TERRY LYNN BANTA, DECEASED | § | On Appeal from County Court at Law No. 2 |
| | § | of Wise County (PR-4674) |
| | § | July 7, 2022 |
| | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Gaven and Jamie Herriott shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Wade Birdwell_____
Justice Wade Birdwell